BEFORE THE FIRST DIVISION, JANUARY 21, 1948

**No. 52126.**—G. Hirsch Sons, Inc., et al. *v.* United States, protests 7101–K, etc. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.